

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JOSE SALVADOR MORENO,

vs.

ORDER RE: CERTIFICATE OF APPEALABILITY

CV-F-04-5553 OWW/WMW HC

JAMES A YATES, Warden,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____
_____
_____
_____

__X__   Denied for the following reason:

EVIDENTIARY RULING UNDER STATE LAW RE PETITIONER'S DOMESTIC VIOLENCE PRIOR NOT COGNIZABLE ON FEDERAL HABEAS. NO IAC IN FAILING TO OBJECT TO PRIOR, WHICH WAS LIMITED TO SANITY PHASE. NO JUDICIAL MISCONDUCT OR INSTRUCTIONAL ERROR.

Dated: 12-27-06

OLIVER W. WANGER
United States District Judge